UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-CR-00163 |
| v. | ) | |
| | ) | Magistrate Judge Bryant |
| [31] WILLIAM WALDEN | ) | |
| a/k/a "Wild Bill" | ) | |
| | ) | |
| [32] KENNETH GADDIE | ) | |
| a/k/a "K.G." | ) | |

## MOTION TO UNSEAL THE SUPERSEDING INDICTMENT

Comes now the United States and requests the superseding indictment in this case be

unsealed as to defendants William Walden, a/k/a "Wild Bill," and Kenneth Gaddie, a/k/a "K.G."

These defendants are currently not in custody, however, the unsealing of the indictment will not

present a risk to the agents arresting these defendants.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

\s\ Scarlett M. Singleton
SCARLETT M. SINGLETON
Assistant United States Attorney


\s\ Cody Skipper
CODY SKIPPER
TRIAL ATTORNEY, GANG UNIT

GRANTED:

HON. JOHN S. BRYANT
United States Magistrate Judge